UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-20141-CR-UNGARO/SIMONTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOSE PORTALES,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on a Petition for Warrant or Summons for Offender Under Supervision (DE # 84).  This matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Judge for the Southern District of Florida to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's probation should be revoked (DE # 96).  Based upon the Statement of Admission signed by the Defendant and filed with this Court (DE # 101), and his counsel's statement at a status conference that no evidentiary hearing is necessary, it is recommended that the defendant be set for a final revocation proceedings before the District Court.

## BACKGROUND

On September 30, 2005, Defendant Jose Portales was sentenced to serve five years of probation based upon his conviction for receiving and possessing stolen property (DE # 78).

The defendant is charged in the presently pending Petition, which was filed on April 13, 2006, with one violation of his probation as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to notify the probation office 10 days prior to any change in residence.  On or about February 23, 2006, the defendant moved from his approved residence of 1730 SW 99th Ct., Miami, Florida, and his whereabouts is unknown. |

On August 14, 2008, a telephonic status and scheduling conference was held, during which defense counsel advised the Court that his client would file a statement admitting the violation, that he did not request a hearing before the undersigned Magistrate Judge.

On August 15, 2008, defense counsel filed a written Statement of Admission signed by Jose Portales, which states:

> I, Mr. Jose Antonio Portales, admit that I violated my supervised release condition, as stated in the petition.  I admit that I violated the terms of my supervised release by failing to notify the probation office 10 days prior to any change of residence.  I admit that on or about February 23, 2006, I moved from my approved residence of 1730 Southwest 99th Court, Miami, Florida, and that my whereabouts were unknown until my arrest.  (DE # 101).

## RECOMMENDATION

Based upon the written statement of admission, and the request by defense counsel that the defendant be scheduled to appear for sentencing on the revocation petition by the District court, the undersigned recommends that a hearing be set before the District Court regarding revocation of the defendant's term of probation.

The parties have ten (10) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro-Benages, United States District Court Judge.  Failure to file objections timely shall bar the parties from attacking on appeal the factual findings

contained herein.  *LoConte v. Dugger*, 847 F. 2d 745 (11th Cir. 1988); *RTC v. Hallmark Builders, Inc.*, 996 F. 2d 1144, 1149 (11th Cir. 1993).

DONE AND SUBMITTED in chambers in Miami, Florida, on August 25, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ursula Ungaro
All counsel of record