UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20141-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSE ANTONIO PORTALES,
    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on the Government's Petition for Warrant or Summons for Offender Under Supervision. (D.E. 84.) This matter was referred to Magistrate Judge Andrea M. Simonton who on August 25, 2008 issued a Report recommending that the Defendant's supervised release be revoked based on the following violation. (D.E. 103.)

| Violation Number | Nature of Compliance |
|---|---|
| 1. | <u>Violation of Standard Condition</u>, by failing to notify the probation office 10 days prior to any change in residence. On or about February 23, 2006, the defendant moved from his approved residence of 1730 SW 99th Ct., Miami, Florida and his whereabouts is unknown. |

This matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed. Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED. The Defendant's supervised release is REVOKED based on above noted violation.

DONE AND ORDERED in Chambers at Miami, Florida, this __11__ day of September, 2008.

                                                      URSULA UNGARO
                                                     UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record